IN THE UNITED STATES DISTRICT COURT
FOR THE MASSACHUSETTS

```
-------------------------------------X
                                      )
IN RE:  Request from Belgium          )
        Pursuant to the Treaty        )
        Between the United States of  )   No. _____
        America and Belgium on Mutual )
        Assistance in Criminal Matters)   04MBD 10019
        in the Matter of              )
        Patrick Delcour               )
                                      )
-------------------------------------X
```

APPLICATION FOR ORDER PURSUANT TO THE TREATY
ON MUTUAL ASSISTANCE IN CRIMINAL MATTERS AND
<u>TITLE 28, UNITED STATES CODE, SECTION 1782</u>

The United States petitions this Court for an Order, pursuant to Article 5(1) of the Treaty on Mutual Legal Assistance in Criminal Matters Between the United States of America and Belgium, in force January 28, 1988, ( ___ U.S.T. ___ ), 28 U.S.C. § 1782, and its own inherent authority, appointing Thomas E. Kanwit as Commissioner to collect evidence from witnesses within the jurisdiction of this Court and to take such other action as is required to execute the attached request from Belgium made pursuant to the Treaty.

                                            Respectfully submitted,

                                            MICHAEL J. SULLIVAN
                                            UNITED STATES ATTORNEY

By: /s/ Thomas E. Kanwit
THOMAS E. KANWIT
Assistant United States Attorney
United States Attorney's Office
J. Joseph Moakley Courthouse
Suite 9200
1 Courthouse Way
Boston, MA 02210
(617) 748-3100

January 14, 2004